AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Richard Peterson

V.

Town of Clayton, Alabama

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-CV-110-VPM

TO: (Name and address of Defendant)

City of Clayton
45 Reed Street
Clayton, Alabama 36016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Malcolm R. Newman, Attorney, P.C.
Malcolm R. Newman, Esq.
P.O. Box 6137
Dothan, Alabama 36302

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*　　　　　　　　　　　　　2/28/06
CLERK　　　　　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK