IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD PETERSON,       ) | |
|     PLAINTIFF,       ) | |
| ) | |
| vs.       ) | Case No:  2:06CV110-VPM |
| ) | |
| TOWN OF CLAYTON, ALABAMA,       ) | |
|     DEFENDANT.       ) | |

## ENTRY OF APPEARANCE

Comes now R. Todd Derrick in the above styled cause and enters his appearance as counsel on behalf of the Defendant, The Town of Clayton, Alabama.

This the 7th day of March, 2006.

                                                  /s/ R. Todd Derrick
                                                R. Todd Derrick (DER006)

OF COUNSEL:
COBB, SHEALY, CRUM & DERRICK, P.A.
Post Office Box 6346
Dothan, Alabama 36302
(334) 677-3000
(334) 677-0030

### CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed a copy of the foregoing Entry of Appearance, properly addressed and postage prepaid to the following:

This the 7th day of March, 2006.

                                                  /s/ R. Todd Derrick
                                                R. Todd Derrick (DER006)