| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _illegible signature_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Noreen Kennedy   C. Date of Delivery: 3-8-06 |
| 1. Article Addressed to:<br>Town of Clayton<br>P.O. Box 6137<br>CLayton, AL 36016 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>2:06-CV-110-VPM<br>C+O |
|  | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label) | 7002 2410 0007 9875 8743 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540