IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD PETERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06CV110-VPM |
| | ) |
| TOWN OF CLAYTON, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Pending before the court is a motion to dismiss, filed by the defendant on 28 March 2006 (Doc. # 5).  The motion is deemed a dispositive motion.  Although this case is assigned to the undersigned Magistrate Judge, the parties have not yet consented to disposition of this case by a Magistrate Judge.   Accordingly, it is

ORDERED that on or before 12 April 2006, the parties shall notify the Clerk of the court whether they wish to consent to the Magistrate Judge in writing by sending a completed consent form to the Clerk of the court.  A copy of the form is enclosed for a party's use.  The parties are ADVISED that they may freely decline to consent without adverse consequences.

DONE this 31st day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD PETERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06CV110-VPM |
| | ) |
| TOWN OF CLAYTON, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____        _____
DATE                                  SIGNATURE

                                      _____
                                      COUNSEL FOR (print name of all parties)

                                      _____
                                      ADDRESS, CITY, STATE, ZIP CODE

                                      _____
                                      TELEPHONE NUMBER

\*\*\*  **DO NOT FILE THIS DOCUMENT ELECTRONICALLY** \*\*\*