IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD PETERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV110-VPM |
| | ) | [WO] |
| TOWN OF CLAYTON, ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

The defendant filed a Motion to Dismiss on 28 March 2006 (Doc. # 5). Upon consideration of the defendant's motion, it is

ORDERED that on or before 28 April 2006, the plaintiff shall file his response to the motion, together with his brief in opposition to the motion. The defendant may file a reply to the plaintiff's response on or before 12 May 2006. Thereafter, the motion shall be deemed submitted and the Magistrate Judge will not consider any further pleadings filed by the parties.

DONE this 31st day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE