IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 APR 12 A 10: 24

| | |
|---|---|
| RICHARD PETERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV110-VPM |
| ) | |
| TOWN OF CLAYTON, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

4/11/06
DATE

SIGNATURE R. Todd Derrick

Town of Clayton
COUNSEL FOR (print name of all parties)

Cobb, Shealy, Crum, + Derrick
PO Box 6346
Dothan AL 36302
ADDRESS, CITY, STATE, ZIP CODE

(334) 677-3000
TELEPHONE NUMBER

*** DO NOT FILE THIS DOCUMENT ELECTRONICALLY ***