RECEIVED
2006 APR -3 A 9: 41

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD PETERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV110-VPM |
| ) | |
| TOWN OF CLAYTON, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

March 31, 2006
DATE

*Malcolm R. Newman*
SIGNATURE

Richard Peterson
COUNSEL FOR (print name of all parties)

P.O. Box 6137 Dothan, AL 36302
ADDRESS, CITY, STATE, ZIP CODE

(334) 792-2132
TELEPHONE NUMBER

**\*\*\* DO NOT FILE THIS DOCUMENT ELECTRONICALLY \*\*\***