IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD PETERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV110-VPM |
| | ) | [WO] |
| TOWN OF CLAYTON, ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of the defendant's Motion for More Definite Statement, filed on 28 March 2006 (Doc. # 5), and for good cause, it is

ORDERED that the motion is GRANTED. On 31 March 2006, the court directed the plaintiff to respond to the defendant's Motion to Dismiss on or before 28 April 2006. In his complaint, the plaintiff alleged that he "was terminated . . . for tardiness and insubordination after he complained that the Defendant's conduct was motivated by race". The allegation sounds in retaliation.

In his response to the motion (which is due on 28 April 2006), the plaintiff shall clarify whether his claim is limited to retaliation, or whether he intended - in lieu of retaliation or in addition to retaliation - to assert a separate termination claim based on race. It is further

ORDERED that, along with his response, the plaintiff shall file a copy of his charge of discrimination, filed with the Equal Employment Opportunity Commission ["EEOC"] and

a copy of his right-to-sue notice from the EEOC.

DONE this 18th day of April, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE