IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD PETERSON, | * |
| PLAINTIFF, | * |
| VS. | *   CASE NO.: 2:06-CV-110-VPM |
| TOWN OF CLAYTON, ALABAMA | * |
| DEFENDANT. | * |

**RESPONSE TO MOTION FOR A
MORE DEFINITE STATEMENT**

Comes now the Plaintiff, Richard Peterson, and in reply to the Defendant's Motion (Doc. 5-1) and the Order of April 18th (Doc. 10) says as follows:

1. Plaintiff claims that the Defendant, acting through its authorized agent, terminated his employment because of Plaintiff's race (black); and,

2. Defendant terminated Plaintiff's employment in retaliation for Plaintiff complaining that the failure to accommodate his work schedule was racially motivated.

3. Plaintiff intends to assert and prove that both the denial of accommodation and termination were motivated by his race (Black).

Malcolm R. Newman, Attorney, P.C.

/s/ Malcolm R. Newman
Malcolm R. Newman (NEW017)

Attorney for Plaintiff
P.O. Box 6137
Dothan, Alabama 36302
(334) 792-2132
ASB-2826-M39M

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Todd Derick
Post Office Box 6346
Dothan, Alabama 36302

/s/ Malcolm R. Newman
Malcolm R. Newman, Esq.