**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **RICHARD PETERSON,**<br>    **PLAINTIFF,** | )<br>)<br>) |
| vs. | )   Case No: 2:06CV110-VPM |
| | ) |
| **TOWN OF CLAYTON, ALABAMA,**<br>    **DEFENDANT.** | )<br>) |

## JOINT RULE 26(f) REPORT

I. Pursuant to Fed. R. Civ. P. 26(f), on May 23, 2006, the parties agreed on a discovery plan.

II. Pre-Discovery Disclosures. The parties will exchange by June 23, 2006, the information required by Fed. R. Civ. P. 26(a)(1).

III. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    A. Discovery will be needed on the following subjects:

        1. The facts and circumstances surrounding the events made the basis of this lawsuit;

        2. Expert witness opinions; and

        3. The damages claimed by the plaintiff.

    B. All discovery should be commenced in time to be completed by November 23, 2006.

    C. A maximum of forty interrogatories should be allowed by each party to any other party.

    D. A maximum of forty requests for production should be allowed by each party to any other party.

      E.    A maximum of forty requests for admission should be allowed by each party to any other party.

      F.    A maximum of six depositions by plaintiff and six by defendant should be allowed.

      G.    Each deposition should be limited to a maximum of seven hours, unless extended by agreement of parties.

      H.    Reports from retained experts under Rule 26(a)(2) should be due:

          1.    From the plaintiff by July 23, 2006 and

          2.    From the defendant by August 23, 2006.

      I.    Supplementations under Rule 26(e) should be due October 23, 2006.

IV.    Other Items.

      A.    The Court has already scheduled a conference with the Court On May 31, 2006.

      B.    The parties request a pretrial conference on January 26, 2007.

      C.    The plaintiff should be allowed until June 23, 2006, to join additional parties and to amend the pleadings.

      D.    The defendant should be allowed until July 7, 2006, to join additional parties and to amend the pleadings.

      E.    All potentially dispositive motions should be filed by October 23, 2006.

      F.    Settlement cannot be evaluated prior to October 23, 2006.

      G.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the plaintiff by December 29, 2006.

      H.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the defendant by January 12, 2007.

      I.    Parties should have fourteen days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

      J.    The case should be ready for trial by February 26, 2007, and at this time, is expected to take approximately two days.

Dated: May 23, 2006.


| /s/ Malcolm R. Newman | /s/ R. Todd Derrick |
|---|---|
| Malcolm R. Newman (ASB-2826-M39M) | R. Todd Derrick (ASB-8099-R79R) |
| Attorney for Plaintiffs | Attorney for Defendant |