# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 5/31/06

DATE COMPLETED: 5/31/06

DIGITAL RECORDING: 10:59 - 11:21

RICHARD PETERSON                    *       2:06cv110-VPM
                                    *
vs                                  *
                                    *
TOWN OF CLAYTON, ALABAMA            *

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Malcolm Rance Newman | | Raymond Todd Derrick |

## COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

## PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS: Scheduling Conference

| Description | 2:06cv110-VPM: Richard Peterson vs. Town of Clayton, AL: Scheduling Conference | |
|---|---|---|
| Date | 5/31/2006 | Location |
| **Time** | **Speaker** | **Note** |
| 10:59:51 AM | Court | Convenes |
| 11:00:10 AM | | 2/26/07 Trial Term Suggested |
| 11:00:22 AM | | Documents and Witness in Northern Division; No issues of jurisdiciton; |
| 11:01:17 AM | Defendant | Right to Sue Action and lawsuit date may be an issue |
| 11:01:56 AM | Court | Addresses |
| 11:02:33 AM | Defendant | Lawsuit may have been filed more than 90 days after Right to Suit Letter |
| 11:03:35 AM | | Court reviews right to suit issues; Suggests attorneys discuss issues and determine the math |
| 11:06:10 AM | Defendant | Amended Complaint does not raise 2 causes of action |
| 11:07:05 AM | Complaint | Reviews Complaint and causes of action |
| 11:14:02 AM | Court | Defendant may respond to original complaint as stated |
| 11:15:36 AM | | Defendant proposes 6 depositions; case not strongly documented; Mr. Peterson is working; No expert witnesses; no witnesses needing special accomodations |
| 11:17:54 AM | Court | Plaintiff to file an Objective computation of damages-order to be issued |
| 11:21:01 AM | | Court in recess |