# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **RICHARD PETERSON,** | * | |
| | * | |
| **PLAINTIFF,** | * | |
| | * | |
| **VS.** | * | **CASE NO.: 2:06CV110-VPM** |
| | * | |
| **TOWN OF CLAYTON,** | * | |
| **ALABAMA** | * | |
| | * | |
| **DEFENDANT.** | * | |

## PLAINTIFF'S CALCULATION OF DAMAGES

Comes now the Plaintiff, Richard Peterson, and pursuant to the Order of June 1, 2006 (Doc. 16) serves Notice of his objective damages to date:

1. Depletion of Savings                     $8,200.00

2. Attorney fee's and costs               $2,000.00

3. Loss of Compensatory Time          $1,400.00

4. Filing fee                                     $   250.00
                                          _____
                               Total      $11,850.00


Malcolm R. Newnan, Attorney, P.C.
/S/Malcolm R. Newman_____
 Malcolm R. Newman (NEW017)
Attorney for Plaintiff
P.O. Box 6137
Dothan, Alabama 36302
(334) 792-2132
ASB-2826-M39M

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2006, that I have served a copy of the foregoing upon:

> Todd Derrick, Esq
> Post Office Box 6346
> Dothan, Alabama 36302
> (334)-677-3000
> (334)-677-0030

by placing a copy of the same in the United States mail, postage prepaid this the 27 day of June, 2006.

/S/Malcolm R. Newman_____
Malcolm R. Newman