IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 OCT 30  P 4: 37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| RICHARD PETERSON,<br>　　PLAINTIFF, | )<br>)<br>) |
| vs. | ) Case No: 2:06CV110-VPM |
| | ) |
| TOWN OF CLAYTON, ALABAMA,<br>　　DEFENDANT, | )<br>) |

**MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant, Town of Clayton, Alabama, in the above-styled cause and makes a motion for summary judgment pursuant to the Federal Rules of Civil Procedure 56. This motion is based on the following:

1.　The pleadings, particularly the Complaint and the Plaintiff's Response to Motion for More Definite Statement;

2.　Deposition of Richard Peterson (Attachment Number 1);

3.　Affidavit of Thomas Killingsworth (Attachment Number 2);

4.　Affidavit of Shug Rowland (Attachment Number 3); and

5.　The Defendant's Narrative Summary of Undisputed Facts and Brief in Support of Motion for Summary Judgment which is filed contemporaneously with this motion.

Respectfully submitted this the 30 day of October, 2006.

*[signature]*
R. Todd Derrick (DER006)

OF COUNSEL:
COBB, SHEALY, CRUM, DERRICK & PIKE
Post Office Box 6346
Dothan, Alabama 36302
(334) 677-3000
(334) 677-0030

## CERTIFICATE OF SERVICE

I hereby certify that I have this day hand delivered a copy of this document upon:

Malcolm R. Newman, Esquire
Post Office Box 6137
Dothan, Alabama 36302
(334) 792-2132

This the 30 day of October, 2006.

R. Todd Derrick (DER006)