FROM

# CLAYTON POLICE DEPARTMENT

2004

| Date | Friday 10/29 | Saturday 10/30 | Sunday 10/31 | Monday 11/1 | Tuesday 11/2 | Wednesday 11/3 | Thursday 11/4 | Total |
|---|---|---|---|---|---|---|---|---|
| Chief Williams 6B-1 | OFF | — | — | 6am-6pm 12 | 6am-6pm 12 | OFF | — | 24 |
| Assistant Chief Peterson 6B-2 | 6am-6pm 12 | COMP OFF | COMP | OFF | — | 6am-6pm 12 | — | 24 |
| Officer Giglio 6B-3 | OFF | — | — | 6pm-6am 12 | 6pm-6am 12 | OFF | — | 24 |
| Officer Lightner 6B-5 | COMP OFF | 6pm-6am 12 | COMP OFF | — | | | | 24 |
| Officer Hammond 6B-11 | 6pm-6am 12 | OFF | 6pm-6am 12 | OFF | | | 6pm-6am 12 | 36 |
| Officer Miller 6B-6 | | 6am-6pm 12 | 6am-6pm 12 | | | | | 24 |
| Officer Weaver 6B-10 | + | | | | | | | |
| Officer 6B- | | | | | | | | |


EXHIBIT
A

2004

# CLAYTON POLICE DEPARTMENT

| Date | Friday 11/5 | Saturday 11/6 | Sunday 11/7 | Monday 11/8 | Tuesday 11/9 | Wensday 11/10 | Thursday 11/11 | Total |
|---|---|---|---|---|---|---|---|---|
| Chief Williams 6B-1 | 6pm-6pm 12 | 6am-6pm 12 | COMP OFF 12 | OFF | | 6am-6pm 12 | 6am-6pm HOLIDAY | 60 |
| Assistant Chief Peterson 6B-2 | OFF | 12pm-12 12 | | 6am-6pm 12 | 6am-6pm 12 | OFF | — | 24 |
| Officer Giglio 6B-3 | 2pm-2am 12 | 12pm-12 12 | 6am-6pm 12 | OFF | | 6pm-6am 12 | 6pm-6am HOLIDAY | 60 |
| Officer Lightner 6B-5 | OFF | | 6pm-6am 12 | 6pm-6am 12 | 6pm-6am 12 | OFF | | 24 |
| Officer Hammond 6B-11 | 6pm-6am 12 | 6pm-6am 12 | 6pm-6am 12 | OFF | | | | 36 |
| Officer Miller 6B-6 | | | | | | | | |
| Officer Weaver 6B-10 | + | | | | | | | |
| Officer 6B- | | | | | | | | |

FROM    (WED)OCT 25 2006 '3:34/ST. 13:33/No. 6813079419 P   4

# CLAYTON POLICE DEPARTMENT

## 2004

| Date | Friday 11/12 | Saturday 11/13 | Sunday 11/14 | Monday 11/15 | Tuesday 11/16 | Wensesday 11/17 | Thursday 11/18 | Total |
|---|---|---|---|---|---|---|---|---|
| Chief Williams 6B-1 | OFF | — | — | 6-6 12 | 6-6 12 | 7-3 8 | 7-3 8 | 40 |
| Assistant Chief Peterson 6B-2 | 6-6 12 | 6-6 12 | 6-6 12 | OFF | — | 3-11 8 | 3-11 8 | 52 |
| Officer Giglio 6B-3 | OFF | — | — | 6-6 12 | 6-6 12 |  | friday 11-15-04 3-11 8 | 32 |
| Officer Lightner 6B-5 | 6-6 12 | 6-6 12 | 6-6 12 | | | 11-7 8 | 11-7 8 | 52 |
| Officer Hammond 6B-11 | | | | | | | | |
| Officer Miller 6B-6 | | | | | | | | |
| Officer Weaver 6B-10 | | | | | | | | |
| Officer 6B- | + | | | | | | | |

FROM
(WED)OCT 25 2006  3:34/ST. 13:33/N6.6810079419 P 5

# CLAYTON POLICE DEPARTMENT

2004



| Date | 11/19 Friday | 11/20 Saturday | 11/21 Sunday | 11/22 Monday | 11/23 Tuesday | 11/24 Wensday | 11/25 Thursday | Total |
|---|---|---|---|---|---|---|---|---|
| Chief Williams 6B-1 | 7-3 8 | 7-3 8 | 7-3 8 * | 7-3 8 * | 7-7 12 | 7-3 8 | 7-3 8 HOLIDAY | 60 |
| Assistant Chief Peterson 6B-2 | 3-11 8 | 3-11 8 | 3-11 8 | 3-11 8 | OFF | OFF | 3-11 8 HOLIDAY | 40 |
| Officer Moore 6B-10 | | | | | | 1-11 10 | | 10 |
| Officer Lightner 6B-5 | OFF | OFF | 11-7 8 | 11-7 8 | 7-7 8 | 11-7 8 | 11-7 8 HOLIDAY | 40 |
| Officer Hammond 6B-11 | | | | | | | | |
| Officer Miller 6B-6 | | 6-6 12 | | | | | | 12 |
| Officer Warren 6B-8 | + | | | | | | | |
| Officer Weaver 6B-10 | | | | | | | | |

# CLAYTON POLICE DEPARTMENT

| Date | Friday 11/26 | Saturday 11/27 | Sunday 11/28 | Monday 11/29 | Tuesday 11/30 | Wednesday 12/1 | Thursday 12/2 | Total |
|---|---|---|---|---|---|---|---|---|
| Chief Williams 6B-1 | 7-3 8 HOLIDAY | OFF | OFF | 7-6 11 | 7-6:30 11.5 | 7-7 12 | 7-6:30 11.5 | 54 |
| Assistant Chief Peterson 6B-2 | 3-11 8 HOLIDAY | 5-11 6 | 5-11 6 | 6-11 5 | 6:30-11 4.5 | 7-11 4 | 6:30-11 4.5 | 38 |
| Officer Moore 6B-10 | | 5-5 12 | 5-5 12 | | | | | 24 |
| Officer Lightner 6B-5 | 11-7 8 HOLIDAY | OFF | 11-7 8 | 11-7 8 | 11-7 8 | 11-7 8 | 11-7 8 | 48 |
| Officer Hammond 6B-11 | | | | | | | | |
| Officer Miller 6B-6 | | 11-7 8 | | | | | | 8 |
| Officer Camarata 6B-7 | | | | | | | | |
| Officer Weaver 6B-10 | | | | | | | | |



2004

## CLAYTON POLICE DEPARTMENT

| Date | 12/3 Friday | 12/4 Saturday | 12/5 Sunday | 12/6 Monday | 12/7 Tuesday | 12/8 Wensesday | 12/9 Thursday | Total |
|---|---|---|---|---|---|---|---|---|
| Chief Williams 6B-1 | OFF | 7-11 16 | 7-3 8 | 7-3 8 | 7-3 8 | 7-7 12 | OFF 3-2-4 | 52 |
| Assistant Chief Peterson 6B-2 | CALLED IN OFF | DRILL | DRILL | OFF | OFF | 7-11 4 | 7-11 4 | 8 |
| Officer Moore 6B-10 | 7-7 12 | | 3-11 8 | 3-11 8 | | | 7-8-7 8-12 | 40 |
| Officer Lightner 6B-5 | 11-7 8 | 11-7 8 | 11-7 8 | 11-7 8 | 11-7 8 | 11-7 8 | 11-7 8 | 56 |
| Officer Hammond 6B-11 | 7-11 4 | 7-11 4 | | | | | | 8 |
| Officer Miller 6B-6 | | | | | | | | |
| Officer Camarata 6B-7 | | | | | 3-11 8 | | | 8 |
| Officer Weaver 6B-10 | | | | | | | | |

2004

# CLAYTON POLICE DEPARTMENT

| Date | Friday 12/10 | Saturday 12/11 | Sunday 12/12 | Monday 12/13 | Tuesday 12/14 | Wensesday 12/15 | Thursday 12/16 | Total |
|---|---|---|---|---|---|---|---|---|
| Chief Williams 6B-1 | OFF | 7pm-11pm 4 | 7am-3pm 8 | 7am-3:15pm 8 | 7am-3pm 8 | 7am-3pm 8 | 7pm-3pm 8 | 44 |
| Assistant Chief Peterson 6B-2 | 6pm-2am 8 | 7:30pm-7:30am 12 | 3pm-11pm 8 | 3:20pm-11:30pm 8 | 5pm-1am 8 | OFF | OFF | 44 |
| Officer Moore 6B-10 | 7am-7pm 12 | | | | | 3pm-10pm 9 | | 21 |
| Officer Lightner 6B-5 | 11pm-7pm 8 | OFF | OFF | 11pm-7am 8 | 3pm-8pm / 4pm-7am 8 | 11pm-7am 8 | 11pm-7am 8 | 40 |
| Officer Hammond 6B-11 | | | 11pm-7pm 8 | | | | | 8 |
| Officer Miller 6B-6 | | | | | | | | |
| Officer Camarata 6B-7 | | 7pm-7pm 12 | | | | | 3pm-11pm 9 | 21 |
| Officer Weaver 6B-10 | | | | | | | | |

