TOWN OF CLAYTON
COUNCIL MEETING
COUNCIL CHAMBERS
DECEMBER 13, 2004

The regular meeting of the Town Council, Town of Clayton, Alabama, was held in Council Chambers on Monday, December 13, 2004, at 6:00 p.m. Present for roll call were Mayor Shug Rowland, Councilmen, Leroy Rumph, Carl Garner, James L. Smith Jr. and Councilwoman Earnestine Youngblood. Absent Councilman Charles Beasley. Also present was Town Clerk T. K. Killingsworth. Councilman Charles Beasley arrived at 6:10 p.m.

VISITORS: Joe McKinnes, Eddie Lowe, Richard Pearison, Charles Rodgers.

AGENDA: Councilman James L. Smith made a motion to approve the agenda. Councilman Carl Garner seconded the Motion. The motion carried,

MINUTES. Councilman James L. Smith Jr. made a motion to dispense with the reading of the minutes and to approve the minutes of the regular meeting of August 2, 2004, Special meeting of August 16, 2004, Special meeting of August 24, 2004, Regular meeting of September 13, 2004, Special meeting of September 14, 2004 and Organizational meeting of October 2004. Councilman Leroy Rumph seconded the motion. The motion carried.

REPORTS FROM DEPARTMENT HEADS: Chief of Police Jamey Williams stated that he had a Sheriff Deputy working part time due to being one man short. Chief Williams stated that Assistant Chief Richard Peterson had taken a job with the State of Alabama.

Street & Sanitation Supervisor Joe McKinnes stated he had no report.

FINANCE COMMITTEE: Councilman Carl Garner stated that the budget was still in a deficit.

PERSONNEL COMMITTEE: Councilman James L Smith Jr. stated Avie Lohman was working 3 days a week because the Town Council had allowed him to work part time. Mayor Shug Rowland stated the Town needed a full time person. Councilman Charles Beasley asks if Avie Lohman retired what was the Town going to give him. Councilman Charles Beasley proposed to give Avie Lohman one-year salary. Councilman Charles Beasley made a motion to table the matter. Motion died due to lack of second. Councilman James L. Smith Jr. made a motion to offer Avie Lohman full time 5 days a week and retract the 3 days week that he has been allowed to work starting January 3, 2005. Councilman Charles Beasley seconded the motion. The motion carried.

Mayor Rowland stated he sent Richard Peterson a letter to attend the Council meeting and added Richard Peterson to the personnel committee to bring up to council. Mayor Rowland reported on November 29, 2004 Richard Peterson started full time work with the State of Alabama and the week prior the Clayton Police Department went to 8 hour shifts. Mayor Rowland stated the day Richard Peterson took the job with the State of Alabama he reported to work for the Town of Clayton around 5:00 or 6:00 p.m. and he worked only 5 hours on November 30, 2004 he worked only 4.5 hours, December 1, 2004 4 hours, December 2, 2004 4.5 hours. Mayor Rowland stated that Richard Peterson only worked 14 hours in a four-day period and should have worked 24 hours. Mayor Rowland stated Richard Peterson call in to be off on December 3, 2004 and then on the weekend Richard Peterson had drill and December 6, 7, was his days off then on Wednesday he came in and worked 4 hours, Thursday worked 4 hours. Mayor Rowland stated Richard Peterson had been working for the Town of Hurtsboro and was now working for the State of Alabama. Mayor Rowland stated he had no problem with Richard Peterson working out side as long as it did not interfere with his job with the Town of Clayton. Mayor Rowland stated that Richard Peterson was not working full time with the Town of Clayton and that he told Richard Peterson he had to option of working with the State full Time and the Town of Clayton part time or Working with the Town of Clayton full time or the State part time.

EXHIBIT B

James L Smith made a motion to adopt the 8-hour shift for the Police Department. Councilman Carl Garner seconded the motion. The motion carried with Councilman Charles Beasley voting no.

Councilman Charles Beasley made a motion Richard Peterson appears before the Personnel committee; Motion died due to lack of second.

Councilman James L. Smith Jr. stated that each Police officer should sign his own time sheet and sign in and out.

PUBLIC BUILDINGS, STREETS, UTILITIES AND VEHICLES: Junk Vehicle Ordinance. Mayor Rowland stated would like to table matter until January 2005 meeting. James L. Smith made a motion to table the matter till January meeting. Councilman Leroy Rumph seconded the motion.

EDUCATION, LIBRARY AND ZONING: No Report

PARKS, RECREATION ABD AIRPORT: No Report

MAYOR ROWLAND: Holiday schedule for Christmas and New Years. Councilman James L. Smith Jr. made a motion Christmas Holidays be December 23 and 24 and New Years Holiday be Friday December 31, Councilman Charles Beasley seconded the motion. The motion carried.

Mayor Rowland stated the cost for Christmas gifts for employees would be $194.40 and has been paid by the Mayor. The Mayor asks for contributions from the Town Council.

Mayor Rowland gave an update of Walking Trail. Mayor Rowland stated DOT had called and stated that the project needs to be stated or give up the grant for the project.

Mayor Rowland stated that Walter Clayton's term on the Water Board had expired and he was asking for nominations. The following persons were nominated Alice Hudson, Jackson Glover, and Eugene West. Councilman Charles Beasley made a motion the nominations be closed. Councilwoman Earnestine Youngblood seconded the motion. The motion carried. Councilman James L. Smith Jr. made a motion the election be tabled till January 2005. Councilman Carl Garner seconded the motion. The motion carried.

Rescue Squad: Ken Killingsworth stated the rescue squad had billed $68875.00 and collected $16404.12 and had written off $7,384.00.

OLD BUSINESS Liquor License for Eddie Lowe d/b/a Lowe's Lounge.

Councilman James L. Smith Jr. made a motion that that Aye would be for granting Liquor License and Nay would be for voting against License. Councilman Carl Garner seconded the motion. Voting Aye Councilman Beasley Voting Nay Councilman Carl Garner, James L. Smith Jr. Abstaining Mayor Shug Rowland Councilman Leroy Rumph Councilwoman Earnestine Youngblood.

Councilman Charles Beasley made a motion to grant the liquor license to Lowe's Lounge. Councilman Leroy Rumph seconded the motion. The roll call vote was as follows. Voting Aye Councilman Leroy Rumph, Charles Beasley. Voting Nay Councilman Carl Garner, James L Smith Jr. and Councilwoman Earnestine Youngblood. Abstaining Mayor Shug Rowland

CURRENT BILLS: councilman James L. Smith Jr. made a motion to pay all current bills as presented to the Town Council. Councilman Carl Garner seconded the motion. The motion carried.

ADJOURNMENT: councilman James L. Smith Jr. made a motion the meeting be adjourned. Mayor Shug Rowland declared the meeting adjourned at 8:27 p.m.

_____ Mayor

Attest:

_____ Town Clerk

47