# TOWN OF CLAYTON
P.O. BOX 385, CLAYTON, ALABAMA 36016  PHONE 334-775-9176  FAX 334-775-8423

April 27, 2005

Assistant Chief Richard Peterson

RE:     Determination Hearing

Charges:   1. Unsatisfactory Record to Meet Time Frame for Assigned Shift (3:00 p.m. to 11:00 p.m.

2. Insubordination

Assistant Chief Peterson:

This letter is to serve notice that a Determination Hearing (please see article VIII, Section 5 of the Employee Handbook enclosed) will be held on Tuesday, May 3, 2005 at the Town Hall at 6:00 p.m. by the Mayor.

This Hearing will be to address the above charges and what action that me be taken.

At the Determination Hearing, you may be accompanied by anyone of your choosing. You may also address these charges either in writing or orally at the Hearing.

Sincerely,

Shug Rowland
Mayor
Town of Clayton

Enclosure

EXHIBIT D