TO: Mayor Shug Rowland

FROM: Assistant Chief Richard Peterson

REF: Determination Hearing

DATE: May 1, 2005

*This letter is to inform you of my intent to waiver your schedule Determination Hearing for May 3, 2005. This hearing is to be conducted by you as stated in your letter reference the hearing dated April 27, 2005. It is my belief that under the present circumstances and due to my forced actions against you. It is my belief that this hearing cannot be conducted without bias or prejudice toward me. I further believe that this action by you has a pre-set conclusion. It is my intent to appeal to the Clayton Town Council in defense of my rights.*

Sincerely,

*Assistant Chief Richard Peterson*
*Clayton Police Department*

Cc/ Honorable Clayton Town Council
    Town Clerk, Thomas Killingworth
    Clayton Record

EXHIBIT E