## TOWN OF CLAYTON
P.O. BOX 385, CLAYTON, ALABAMA  36016  PHONE 334-775-9176  FAX 334-775-8423

May 6, 2005

Assistant Chief Richard Peterson
6417 County Road 23
Union Springs, AL 36089

RE:    Decision to Terminate

Effective May 9, 2005 your position with the Town of Clayton's Police Department has been terminated.

According to Article VIII, Section 5 of the Employee Handbook, you have the right to appeal this decision to the Town Council by requesting so in writing to the Town Clerk within (5) five working days.  If written notice of appeal is not received within (5) five working days upon receipt of this decision, all rights to appeal are extinguished.

Regards,

Shug Rowland
Mayor

SR/se



EXHIBIT
F