TO:     Thomas Killingworth
        Town Clerk

FROM:   Assistant Chief Richard Peterson

RE:     Letter of Appeal

DATE:   May 10, 2005

This letter is a formal appeal to Mayor Rowland decision to terminate letter dated May 6, 2005. I request a hearing before the Clayton Town Council without delay. Mayor Rowland actions are unwarranted, unjustified and represent his progressive discrimination toward me since December 2, 2004.

Received in hand this day of _May 10_ 2005, by _TKillingworth_

Received @ 6:40 P.M.

EXHIBIT
G