TOWN OF CLAYTON

SPECIAL COUNCIL MEETING

COUNCIL CHAMBERS

MAY 19, 2005

A special meeting of the Town Council, Town of Clayton, Alabama was held in Council Chambers on Friday, May 19, 2005 at 6:00 p.m. The following persons answering roll call were Mayor Shug Rowland, Councilmen Leroy Rumph, Carl Garner, Charles Beasley, James L. Smith and Councilwoman Earnestine Youngblood.

VISITORS: Mary Hoover, Richard Pearson, Michael Lightner, Donna Kent, Robert S. Martin, Benelle Warr, Marshall Williams III, L. C. Monroe, Charlie Jordan, Charlie Rogers, Charlie Rumph, Willie Rumph, Frances Smith, Arthur L. Rumph, Kenneth Williams, Willie B. Gilbert, Robert L. Warr, Tracey Gordon, Brenda Upshaw, Cherry DeVose, Carrie Warren, Clara Person, Graccie M. DeVose.

Mayor Rowland stated the purpose of the meeting is to review the Mayors decision to terminate Assistant Chief Richard Peterson and consider such evidence as may be offered in connection with such decision and the charges against employee at such hearing as outlined Article VIII Section 5 of the employee handbook.

Mayor Rowland stated he visited with Assistant Chief Richard Peterson and told him he did not agree with him holding two full time jobs and not making the start of his shift. Mayor Rowland stated Assistant Chief Peterson had been late for the start of his shift as outlined in the minutes of the Council meeting of December 13, 2004 and Assistant Chief Peterson was still not making the start of his shift. Mayor Rowland stated he had Assistant Chief Peterson to work for the Town full time and the State of Alabama part time or work with the State of Alabama full time and the Town part time.

Assistant Chief Richard Peterson stated Mayor Rowland had racially discriminated against him. Assistant Chief Richard Peterson stated the Mayor was going to force him to work part time.

Councilman Charles Beasley made a motion to reinstate Richard Chief Richard Peterson And pay him his back pay, Motion died due to lack of a second.

Councilman James L. Smith Jr. made a motion to up hold the termination of Richard Peterson. Councilman Carl Garner seconded the motion; The roll call vote was as follows. Voting Aye. Councilman Carl Garner, James L. Smith Jr. Councilwoman Earnestine Youngblood with Mayor Shug Rowland voting aye as documenting his position on the issue. Voting Nay Councilman Charles Beasley. Abstaining Councilman Leroy Rumph.

Mayor Shug Rowland declared the meeting adjourned at 7:25 p.m.

_____ Mayor

Attest:

_____ Town Clerk

EXHIBIT H

65