STATE OF ALABAMA    )
                    )                    RELEASE
BARBOUR COUNTY      )

KNOW ALL MEN BY THESE PRESENTS:

That the undersigned, **Richard Peterson**, for and in consideration of the sum of One Thousand Three Hundred Ninety One 38/100 — net Amount DOLLARS ($1,391 30/100 — net amount), and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by **Richard Peterson**, this day in hand paid by, or on account of the **Town of Clayton** and any and all other entities of the above-mentioned entities, there being no promises of further benefit or payment to be received, does hereby release and discharge, and by these presents does for his administrators, successors, heirs, attorneys, executors, insurers, and assigns, releases and forever discharge the **Town of Clayton** and any and all other entities of the above-mentioned entities and each of their employees, administrators, successors, heirs, attorneys, executors, insurers, and assigns, both known and unknown, jointly and severally, of and from any and all claims, demands, actions and causes of action, relating to Employment compensation, namely any claims related to "Comp Time".

**Richard Peterson** understands and agrees that none of the parties hereby released, nor any other party admits or has admitted liability on account of any payment herein received to have been made or otherwise; that it is understood and agreed that this settlement shall never be treated as an admission of liability at any time or in any manner whatsoever; that said Release denies liability and therefore is intended by the **Town of Clayton** and any and all other entities of the above-mentioned entities merely to avoid litigation and to buy them peace.

It is further agreed between the parties to this **RELEASE THAT THE UNDERSIGNED SHALL FILE NO OTHER LEGAL PROCEEDINGS AS AGAINST SAID** Releasees or in any


EXHIBIT I

manner growing out of or arising from the facts and circumstances surround Employment Compensation or "Comp Time".

IN WITNESS WHEREOF, **Richard Peterson** has hereunto caused this instrument to be executed on this the 15Th day of July, 2005.

_____
Richard Peterson


STATE OF ALABAMA

BARBOUR COUNTY

I, the undersigned, a Notary Public in and for said State and County, hereby certify that **Richard Peterson**, whose name is signed to the foregoing Release and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily.

Given under my hand this 15 day of July, 2005.

_____
Notary Public
Commission Expires: 6/25/08