# TOWN OF CLAYTON
P.O. BOX 385, CLAYTON, ALABAMA  36016   PHONE 334-775-3542   FAX 334-775-8423

August 7, 2001

Richard Peterson

Dear Mr. Peterson:

The Town of Clayton is pleased that you are interested in working as a police officer for the town on an on-call basis. Pending a negative pre-employment drug screen, the town will be adding you to the Police Department call list.

The pay for the on-call police officer is $9.61 per hour. There are no fringe benefits. This is not a permanent position; you will only be called when needed.

Again, we thank you. If you should have any questions regarding this position, please feel free to call or visit Town Hall.

*[signature]*
Thomas K. Killingsworth

TKK/ssw

EXHIBIT J