IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD PETERSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-110-VPM |
| | ) |
| TOWN OF CLAYTON, ALABAMA | ) |
| | ) |
|    Defendant. | ) |
| | ) |

## **JUDGMENT**

In accordance with the order entered on this date granting defendant's motion for summary judgment, it is

ORDER, JUDGMENT, AND DECREE of this court that summary judgment is entered in favor of the defendant. Costs are taxed against the plaintiff.

Done this 28th day of November, 2006.

          /s/ Wallace Capel, Jr.
          WALLACE CAPEL, JR.
          UNITED STATES MAGISTRATE JUDGE